**Anna Damiani, appellant, v. Salvatore Damiani, appellee.  Gen. No. 28,330.**

Bill for separate maintenance and cross-bill for divorce.  Both parties denied relief.  Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.

John M. Carter, for appellant; Samuel E. Foos, of counsel.  Joseph C. Pisha and Ewart Harris, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Harry A. Harris, appellee, v. Louis Cohen and Phil Cohen, appellants.  Gen. No. 28,366.**

Claim for balance of loan.  Defense alleging money invested in partnership.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. J. H. Ragsdale, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.

Harry J. Myerson and Don C. Wray, for appellants; Louis E. Levinson, of counsel.  No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**David Preston, appellee, v. Frank Wilkinson, appellant.  Gen. No. 28,393.**

Action for balance due on note given in payment of life insurance premiums.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.

Thomas J. Young, for appellant.  Alice Greenacre, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Hartford Fire Insurance Company, appellant, v. Louis Malleris, appellee.  Gen. No. 28,428.**

Replevin of an automobile by insurance company, arising out of theft insurance.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.  Rehearing denied December 24, 1923.

E. R. Hartigan, for appellant.  Sass & Hood, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**A. R. Barnes & Company, appellee, v. Chicago, Racine & Milwaukee Line, appellant.  Gen. No. 28,437.**

Claim of indebtedness for printing held for delivery.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.

George I. Hicks, for appellant.  A. S. and E. W. Froehlich, for appellee.

Mr. Justice Johnston delivered the opinion of the court.